IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-636-D

ANTONIO CORTEZ PARKS, )
)
        Plaintiff, )
)
v. ) **ORDER**
)
CITY OF RALEIGH, et. al., )
)
        Defendants. )

For the reasons stated in defendants' memorandum of law [D.E. 11], the court GRANTS defendants' motion to dismiss [D.E. 10] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

SO ORDERED. This 3 day of April, 2025.

                                      JAMES C. DEVER III
                                      United States District Judge