UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTONIO CORTEZ PARKS, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF RALEIGH, ESTELLA ) <br> PATTERSON, and L K FERGUSON, ) <br> ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:24-CV-636-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 10] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

This Judgment filed and entered on April 3, 2025, and copies to:
Antonio Cortez Parks    (via US Mail to 6110 Ricker Road, Raleigh, NC 27610-4283)
Andrew Joseph Seymour    (via CM/ECF electronic notification)

April 3, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk